IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STEVEN MADDEN**,

**Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

**Defendant.**                                            No.12-0029-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Madden's October 31, 2012 motion to withdraw his 28 U.S.C. § 2255 petition (Doc. 14). Madden states that he is "happy with the response of Mrs. Robertson." On November 3, 2012, the government filed a sealed response to Madden's motion agreeing with the motion (Doc. 15). Thus, the Court **GRANTS** the motion and **DISMISSES without prejudice** Madden's 28 U.S.C. § 2255 petition. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 5th day of November, 2012.

Digitally signed by
David R. Herndon
Date: 2012.11.05
11:54:03 -06'00'

**Chief Judge**
**United States District Court**